765 A.2d 1114

**Kelly Sue ANDERSON, Appellee**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellant.**

Supreme Court of Pennsylvania.

Jan. 17, 2001.

## *ORDER*

PER CURIAM:

**AND NOW,** this 17th day of January, 2001, the order of the court of common pleas, which reinstated appellee's driving privileges on the basis that 75 Pa.C.S. § 1584 is unconstitutional, is reversed, and the case is remanded for proceedings consistent with *Harrington v. Department of Transportation,* 563 Pa. 565, 763 A.2d 386 (2000).